UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                               23-CR-109 (JLS) (MJR)

ROBERT HERNANDEZ,
REINALDO SANCHEZ GONZALEZ,
*also known as* Delvis Mendoza,

        Defendant.

---

### DECISION AND ORDER

Defendants Robert Hernandez and Reinaldo Sanchez Gonzalez are charged in a two-count superseding indictment with: (1) conspiracy to possess with intent to distribute 400 grams or more of a mixture and substance containing fentanyl and 100 grams or more of a mixture and substance containing heroin; and (2) possession with intent to distribute 400 grams or more of a mixture and substance containing fentanyl and 100 grams or more of a mixture and substance containing heroin. *See* Dkt. 44. United States Magistrate Judge Michael J. Roemer was designated to hear and determine, and report and recommend on, all pre-trial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B). Dkt. 46.

Both Defendants moved to suppress: (1) all evidence obtained from an April 28, 2023 traffic stop, *See* Dkt. 76-1, at 3–6; Dkt. 84, at 6–8;[1] and (2) all evidence obtained from search warrants for cell-site and location data, the vehicle Defendants traveled in and Hernandez's person, and four cell phones, *see* Dkt. 76-1, at 3; Dkt. 84, at 3–8. Defendant Sanchez Gonzalez also moved to suppress statements he made to law enforcement. *See* Dkt. 76-1, at 6. The Government opposed the motions. Dkt. 77; Dkt. 85. Judge Roemer held a suppression hearing on June 18, 2025 and, later, oral argument on the suppression issues. *See* Dkt. 89; Dkt. 96.

On October 10, 2025, Judge Roemer issued a Report, Recommendation, and Order ("R&R"), recommending that this Court deny each Defendant's suppression motion, in full.[2] Dkt. 98. No party objected to the R&R, and the time to do so has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). But a district court need not review the recommendation of a

---

[1] All page references in this decision and order are to the numbering automatically generated by CM/ECF.

[2] Judge Roemer also resolved the parties' various discovery-related motions. *See* Dkt. 98, at 21–31. Because no party objected to Judge Roemer's order on these issues, the Court need not review or address the order.

magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

Though not required to do so here, this Court nevertheless reviewed Judge Roemer's R&R and the relevant record. Based on that review, and absent any objections, the Court accepts and adopts Judge Roemer's recommendation to deny the suppression motions. As a result, the Court DENIES the suppression motions (Dkt. 76; Dkt. 84), in full.

SO ORDERED.

Dated:    November 6, 2025
          Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE